UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) ) | Civ. 07-5009-AWB |
| Plaintiff, | ) ) | **JUDGMENT** |
| vs. | ) ) | |
| DEATRICK LAPOINTE, and CYNTHIA GARY, as special administrator of the estate of Wendi D. Gary, deceased, | ) ) ) ) | |
| Defendants. | ) | |

In accordance with this Court's order dated October 29, 2007, granting Plaintiff's motion for summary judgment, it is hereby

ORDERED that judgment is entered in favor of Plaintiff and against Defendants.

Dated this 24th day of June, 2008.

BY THE COURT:

/s/ Andrew W. Bogue
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE